AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

UNITED STATES OF AMERICA )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 25-CV-109-J
BRETT M. LATTIN; POWDER HORN )
HOMEOWNERS ASSOCIATION, INC.; WELLS )
FARGO BANK, N.A; COLLECTION )
PROFESSIONALS, INC.; SHERIDAN COUNTY, WY )
)
Defendant(s) )

*[RECEIVED stamp: MAY 2 2025]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brett M. Lattin
10 Oak Tree Ct.
Sheridan, WY 82801-8000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attn: Jasmine M. Peters
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 1, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brett Lattin__

was received by me on *(date)* __5/2/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☒ I returned the summons unexecuted because __After multiple attempts, we were unable to locate him. He has a history of avoiding service and works out of state. See worksheet attached.__; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/12/25__

_____*Julie Russell*_____
NoN Server's signature

__Julie Russell, Admin. Secretary__
Printed name and title

__54 W. 13Th ST, Sheridan__
NoN Server's address

Additional information regarding attempted service, etc:

Summons

Brett Lattin
10 Oak Tree CT
Sheridan 752-1843

25-CV-109-J
1930

```
05/02/25                Sheridan County Sheriff's Office                    113
11:23                   Civil Process Service Worksheet          Page:        2
```

SERVICE ATTEMPTS:
Time    Date      Miles    Officer         Misc. Comments

11:31   5/2                Jrussell        left message
1835    5/8/25             313             Knocked No Answer
1901    5/9/25             313             "                "
1909    5/16/25            3->             "

COMPLETED SERVICE:

Time: _____ Date: _____ Miles: _____ Officer: _____

Addr: _____ Location: _____

City: _____ St: ___ Zip: _____

Who Served: _____ Relationship: _____

Comments: _____

SERVICE FEES:

Received: $        0.00                Service: $ _____

Mileage : $ _____                 Other   : $ _____