STEPHANIE I. SPRECHER
Acting United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82001
Telephone: (307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRETT M. LATTIN; POWDER HORN HOMEOWNERS ASSOCIATION, INC.; WELLS FARGO BANK, N.A.; COLLECTION PROFESSIONALS, INC.; and SHERIDAN COUNTY, WYOMING,<br><br>  Defendants. | Case No. 2:25-cv-109-ABJ |

## AFFIDAVIT OF JASMINE M. PETERS

I, JASMINE M. PETERS, hereby state and declare:[1]

1. I am employed by the United States Attorney's Office in the District of Wyoming as an Assistant United States Attorney in the Civil Division. I am also the Financial Litigation Coordinator for the Financial Litigation Program for the District of Wyoming.

---

[1] This affidavit is provided pursuant to WYO. R. CIV. P. 4(l)(1) (stating "[b]efore service by publication can be made, an affidavit of the party, or the party's agent or attorney, must be filed").

2. On May 1, 2025, the United States filed a *Complaint to Foreclose Lien* (Doc. 1) against Defendant Brett M. Lattin.

3. The United States filed the complaint to foreclose and sell real property located in Sheridan County, Wyoming, that is subject to a criminal judgment lien against Defendant Lattin.

4. On May 12, 2025, the Sheridan County Sheriff's Office returned the summons as not executed after several attempts to serve Defendant Lattin. *See* Ex. 1 (Summons Returned Not Executed).

5. Service of the summons and complaint cannot be made within this state on Defendant Lattin. WYO. R. CIV. P. 4(l)(1)(A).

6. Defendant Lattin's last known address is 10 Oak Tree Court, Sheridan, Wyoming 82801-8000. WYO. R. CIV. P. 4(l)(1)(B).

7. Defendant's current address is unknown and cannot, with reasonable diligence, be ascertained. *Id.*

8. The United States has attempted to serve Defendant Lattin at his last known address in the related criminal case (Docket No. 2:10-cr-88-ABJ) by a United States Marshal and a private process server, and in this case (Docket No. 2:25-cv-109-ABJ) by the Sheridan County Sheriff's Office. All attempts were unsuccessful. WYO. R. CIV. P. 4(l)(1)(C); *see also* Ex. 1; (Docket No. 2:10-cr-88-ABJ).

9. The United States has used various search tools to locate Defendant Lattin but have not found a new address. *See* WYO. R. CIV. P. 4(l)(1)(C).

10. This case is appropriate for service by publication under Wyo. R. Civ. P. 4(k)(1)(C) because the United States holds a valid criminal judgment lien against the property of Defendant Lattin that is subject to foreclosure and sale. Wyo. R. Civ. P. 4(l)(1)(D).

DATED June 3, 2025

                                                       JASMINE M. PETERS
                                                     Assistant United States Attorney
                                                     District of Wyoming
                                                     *Attorney for Plaintiff United States*

STATE OF Wyoming      )
                               ) ss.
COUNTY OF Laramie    )

Subscribed and sworn to before me by JASMINE M. PETERS this 3RD day of JUNE, 2025.

G. R. GAULKE
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 157711
MY COMMISSION EXPIRES: 6/3/2029

Notary Public
My Commission expires: 6/3/2029