FILED

2:02 pm, 6/6/25

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-109-ABJ |
| ) | |
| BRETT M. LATTIN; POWDER HORN ) | |
| HOMEOWNERS ASSOCIATION, INC.; ) | |
| WELLS FARGO BANK, N.A.; COLLECTION ) | |
| PROFESSIONALS, INC.; and SHERIDAN ) | |
| COUNTY, WYOMING, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO SERVE DEFENDANT BRETT M. LATTIN BY PUBLICATION**

This matter is before the Court on the United States' *Motion to Serve Defendant Brett M. Lattin by Publication*, filed on June 3, 2025. The Court has reviewed the docket, considered the motion, is fully informed in the premises, and finds good cause to grant the motion.

IT IS ORDERED the *Motion to Serve Defendant Brett M. Lattin by Publication* is **GRANTED**.

IT IS FINALLY ORDERED the United States may serve Defendant Brett M. Lattin by publication pursuant to Fed. R. Civ. P. 4(e)(1) and Wyo. R. Civ. P. 4(k)(1)(C).

Dated this 6th day of June 2025.

_____
Hon. Scott P. Klosterman
United States Chief Magistrate Judge