**FILED**





11:27 am, 6/12/25

**Margaret Botkins
Clerk of Court**

U.S. Department of Justice
*Stephanie I. Sprecher*
*Acting United States Attorney*
District of Wyoming

*Main Reception: (307) 772-2124*

*J.C. O'Mahoney Federal Courthouse*
*2120 Capitol Avenue, Suite 4000*
*P.O. Box 668*
*Cheyenne, WY 82003-0668*

June 12, 2025

Margaret Botkins
Clerk of Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001

Dear Ms. Botkins,

    Plaintiff United States of America has been unable to serve Defendant Brett M. Lattin in Civil Action No. 2:25-cv-109-ABJ, filed in the United States District Court for the District of Wyoming. However, the United States has obtained an order from the Court authorizing service by publication. The United States has arranged for publication with the Wyoming Tribune Eagle and The Sheridan Press to publish the notice for four consecutive weeks. Will you please contact the Wyoming Tribune Eagle and The Sheridan Press to publish the notice for four consecutive weeks at the United States' expense? Enclosed are two copies of the notice for your review and two FedEx prepaid envelopes.

    In addition, pursuant to Wyoming Rule of Civil Procedure 4(l)(2)(B), immediately after the first publication, will you please mail by "registered or certified mail and marked 'Restricted Delivery' with return receipt requested" a copy of the publication to Defendants and make an entry of the mailings on the docket?

    If there are additional costs that we have not paid, please notify us immediately. Please contact me at jasmine.peters@usdoj.gov or (307) 772-2984, or Amanda Hudson at amanda.hudson@usdoj.gov or (307) 261-5534. Thank you for your assistance.

JASMINE M. PETERS
Assistant United States Attorney
District of Wyoming