CLINTON D. BEAVER
Deputy County & Prosecuting Attorney
(WY Bar #5-2355)
148 Brooks Street
Sheridan, WY 82801
Telephone: (307) 674-2580
cbeaver@sheridancountywy.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-CV-109 -J |
| | ) | |
| BRETT M LATTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLAIMER OF INTEREST OF SHERIDAN COUNTY**

Sheridan County, by and through the Sheridan County & Prosecuting Attorney, hereby

disclaims any interest in the property that is the subject matter of the *Complaint*, specifically

described in paragraph 8 of the *Complaint*. Plaintiff's claim against the property being foreclosed

upon greatly exceeds the market value of the property, which will result in no surplus funds from

the sale of the property to be distributed to other lienholders, and Sheridan County has no objection

to the judgment sought.

Based on this disclaimer, Sheridan County requests that it be dismissed from the above-captioned suit.

DATED June 11, 2025.

CLINTON D. BEAVER
Deputy County and Prosecuting Attorney
Sheridan County, Wyoming

## CERTIFICATE OF SERVICE

I hereby certify on June 11, 2025, I served a true and correct copy of the foregoing *Disclaimer of Interest of Sheridan County* upon the following by the methods indicated below:

Clinton D. Beaver

*Attorney for Defendant Sheridan County*

[  ] By Facsimile
[  ] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[X] By CM/ECF