STEPHANIE I. SPRECHER
Acting United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 2:25-cv-109-ABJ |
| ) | |
| BRETT M. LATTIN; POWDER HORN ) | |
| HOMEOWNERS ASSOCIATION, INC.; ) | |
| WELLS FARGO BANK, N.A.; COLLECTION ) | |
| PROFESSIONALS, INC.; and SHERIDAN ) | |
| COUNTY, WYOMING, ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR ENTRY OF DEFAULT AGAINST
### COLLECTION PROFESSIONALS, INC.

To:   Clerk of Court

Plaintiff United States of America, through the United States Attorney's Office for the District of Wyoming, by and through Assistant United States Attorney Jasmine M. Peters, requests the Clerk of Court to enter default against Defendant Collection Professionals, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. FED. R. CIV. P. 55(a).

Rule 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *Id.* On May 1, 2025, Plaintiff filed a *Complaint to*

*Foreclose Lien* against Collection Professionals, Inc. (Doc. 1). On May 2, 2025, Collection Professionals, Inc. was served with the *Complaint* and *Summons* at 29 North Connor Street, Sheridan, Wyoming. Collection Professionals, Inc. was required to serve an *Answer* or otherwise respond to the *Complaint* within twenty-one days of service. *See* FED. R. CIV. P. 12(a)(1)(i). Twenty-one days from May 2, 2025 was May 23, 2025. Collection Professionals, Inc. failed to file an *Answer* or otherwise respond to the *Complaint* by May 23, 2025.

No answer has been filed which appears on the docket, nor has an answer been received in the office of the undersigned counsel. *See* Ex. 1, Hudson Declaration. Because Collection Professionals, Inc. failed to file an *Answer* or otherwise respond to the *Complaint* by May 23, 2025, the Clerk of Court should enter default against Collection Professionals, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff meets the procedural requirements for obtaining an entry of default from the Clerk of Court as demonstrated by the documents contained in the record.

For the reasons stated above, Plaintiff asks the Clerk of Court to enter default against Collection Professionals, Inc. for failing to file an *Answer* or otherwise respond to the *Complaint* and *Summons* by May 23, 2025.

Dated July 24, 2025.

Respectfully Submitted,

STEPHANIE I. SPRECHER
Acting United States Attorney

By:   */s/ Jasmine M. Peters*
JASMINE M. PETERS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Request for Entry of Default Against Collection Professionals, Inc.* was filed and served on July 24, 2025 as follows:

| | |
|---|---|
| ATTN: Amanda Kay Achord<br>Powder Horn Homeowners Ass'n, Inc<br>1101 Sugarview Drive<br>P.O. Box 6608<br>Sheridan, WY 82801 | Electronic Filing |
| ATTN: Clint Beaver<br>County & Prosecuting Attorney<br>Dianna Bennett<br>148 S. Brooks St.<br>Sheridan, WY 82801 | Electronic Filing |
| Wells Fargo Bank, N.A.<br>424 N. Main St.<br>Sheridan, WY 82801 | U.S. Mail – postage prepaid |
| Collection Professionals, Inc.<br>C/O Accounting Department<br>P.O. Box 2088<br>Sheridan, WY 82801 | U.S. Mail – postage prepaid |
| Brett M. Lattin<br>10 Oak Tree Ct.<br>Sheridan, WY 82801-8000 | U.S. Mail – postage prepaid |

*/s/ Amanda Hudson*
AMANDA HUDSON
United States Attorney's Office