STEPHANIE I. SPRECHER
Acting United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82001
Telephone: (307) 772-2984
jasmine.peters@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-109-ABJ |
| ) | |
| BRETT M. LATTIN; POWDER HORN ) | |
| HOMEOWNERS ASSOCIATION, INC.; ) | |
| WELLS FARGO BANK, N.A.; COLLECTION ) | |
| PROFESSIONALS, INC.; and SHERIDAN ) | |
| COUNTY, WYOMING, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW REQUEST FOR ENTRY OF DEFAULT AGAINST COLLECTION PROFESSIONALS, INC. (DOC. 16)

Plaintiff United States of America, by and through the Acting United States Attorney for the District of Wyoming and Assistant United States Attorney Jasmine M. Peters, submits this *Motion to Withdraw Request for Entry of Default Against Collection Professionals, Inc. (Doc. 16)*.

The United States filed a request for entry of default against Defendant Collection Professionals, Inc. on July 24, 2025. (Doc. 16). The United States filed the request because Collection Professionals, Inc. did not timely file an *Answer* or otherwise respond to the *Complaint*

within twenty-one days of service. *See* FED. R. CIV. P. 12(a)(1)(i). As of this filing, the Clerk of Court has not entered default against Collection Professionals, Inc.

On July 28, 2025, counsel for Collection Professionals, Inc. contacted undersigned counsel concerning the request for entry of default. After discussing this case with counsel for Collection Professionals, Inc., the United States has agreed to enter into a stipulation for judgment in lieu of seeking default and default judgment against Collection Professionals, Inc. Accordingly, the United States respectfully requests the *Request for Entry of Default Against Collection Professionals, Inc.* (Doc. 16) be withdrawn.

Dated July 29, 2025.

                                                               Respectfully Submitted,

                                                               STEPHANIE I. SPRECHER
                                                               Acting United States Attorney

                                                   By: */s/ Jasmine M. Peters*
                                                               JASMINE M. PETERS
                                                               Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Motion to Withdraw Request for Entry of Default Against Collection Professionals, Inc. (Doc. 16)* was filed and served on July 29, 2025 as follows:

| | |
|---|---|
| ATTN: Amanda Kay Achord<br>Powder Horn Homeowners Ass'n, Inc<br>1101 Sugarview Drive<br>P.O. Box 6608<br>Sheridan, WY 82801 | Electronic Filing |
| ATTN: Clint Beaver<br>County & Prosecuting Attorney<br>Dianna Bennett<br>148 S. Brooks St.<br>Sheridan, WY 82801 | U.S. Mail – postage prepaid |
| Wells Fargo Bank, N.A.<br>424 N. Main St.<br>Sheridan, WY 82801 | U.S. Mail – postage prepaid |
| ATTN: Weston Graham<br>Collection Professionals, Inc.<br>P.O. Box 2088<br>Sheridan, WY 82801<br>wes@cpicollects.com | U.S. Mail – postage prepaid<br>Email |
| Brett M. Lattin<br>10 Oak Tree Ct.<br>Sheridan, WY 82801-8000 | U.S. Mail – postage prepaid |

*/s/ Amanda Hudson*
AMANDA HUDSON
United States Attorney's Office