DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-109-ABJ |
| | ) | |
| BRETT M. LATTIN; POWDER HORN | ) | |
| HOMEOWNERS ASSOCIATION, INC.; | ) | |
| WELLS FARGO BANK, N.A.; COLLECTION | ) | |
| PROFESSIONALS, INC.; and SHERIDAN | ) | |
| COUNTY, WYOMING, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ENTRY OF DEFAULT AGAINST
## BRETT M. LATTIN

To:     Clerk of Court

Plaintiff United States of America, through the United States Attorney's Office for the District of Wyoming, by and through Assistant United States Attorney Jasmine M. Peters, requests the Clerk of Court to enter default against Brett M. Lattin pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. FED. R. CIV. P. 55(a).

Rule 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *Id.* On May 1, 2025, Plaintiff filed a *Complaint to*

*Foreclose Lien* against Brett M. Lattin. (Doc. 1). On June 3, 2025, the United States filed a motion to serve Brett M. Lattin by publication pursuant to FED. R. CIV. P. 4(e)(1) and WYO. R. CIV. P. 4(k)(1)(C). (Doc. 5). This Court granted the United States' motion on June 6, 2025, authorizing service of Brett M. Lattin by publication. (Doc. 6). Service by publication was complete in Laramie County, Wyoming on July 19, 2025, and Sheridan County, Wyoming on July 21, 2025. (*See* Docs. 14–15).

According to the notice of publication, Brett M. Lattin had thirty days from the date of the last publication to file an *Answer* or otherwise respond to the *Complaint*. (*See id.*); *see also* FED. R. CIV. P. 4(m). Thirty days from July 19, 2025 was August 18, 2025, and thirty days from July 21, 2025 was August 20, 2025. No answer has been filed which appears on the docket, nor has an answer been received in the office of the undersigned counsel. *See* Ex. 1, Hudson Declaration. Because Brett M. Lattin failed to file an *Answer* or otherwise respond to the *Complaint* by August 20, 2025, the Clerk of Court should enter default against Brett M. Lattin pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff meets the procedural requirements for obtaining an entry of default from the Clerk of Court as demonstrated by the documents contained in the record.

For the reasons stated above, Plaintiff asks the Clerk of Court to enter default against Brett M. Lattin for failing to file an *Answer* or otherwise respond to the *Complaint* and *Summons* by August 20, 2025.

Dated August 21, 2025.

Respectfully Submitted,

DARIN D. SMITH
United States Attorney

By:    */s/ Jasmine M. Peters*
JASMINE M. PETERS
Assistant United States Attorney

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing *Request for Entry of Default Against Brett M. Lattin* was

filed and served on August 21, 2025 as follows:

ATTN: Amanda Kay Achord        Electronic Filing
Powder Horn Homeowners Ass'n, Inc
1101 Sugarview Drive
P.O. Box 6608
Sheridan, WY 82801


ATTN: Clint Beaver        Electronic Filing
County & Prosecuting Attorney
Dianna Bennett
148 S. Brooks St.
Sheridan, WY 82801


Wells Fargo Bank, N.A.        U.S. Mail – postage prepaid
424 N. Main St.
Sheridan, WY 82801


ATTN: Weston Graham        U.S. Mail – postage prepaid
Collection Professionals, Inc.
C/O Accounting Department
P.O. Box 2088
Sheridan, WY 82801


Brett M. Lattin        U.S. Mail – postage prepaid
10 Oak Tree Ct.
Sheridan, WY 82801-8000


*/s/ Amanda Hudson*
AMANDA HUDSON
United States Attorney's Office