DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-109-ABJ |
| | ) | |
| BRETT M. LATTIN; POWDER HORN | ) | |
| HOMEOWNERS ASSOCIATION, INC.; | ) | |
| WELLS FARGO BANK, N.A.; COLLECTION | ) | |
| PROFESSIONALS, INC.; and SHERIDAN | ) | |
| COUNTY, WYOMING, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF AMANDA HUDSON

I, Amanda Hudson, hereby state and declare:

1. I am employed by the United States Attorney's Office in the District of Wyoming as a Legal Administrative Specialist.

2. On May 1, 2025, counsel for Plaintiff United States of America, through the United States Attorney's Office for the District of Wyoming, filed a *Complaint to Foreclose Lien* against Defendant Brett M. Lattin.

3. On June 3, 2025, the United States filed a motion to serve Brett M. Lattin by publication pursuant to FED. R. CIV. P. 4(e)(1) and WYO. R. CIV. P. 4(k)(1)(C).

4.  The United States District Court for the District of Wyoming granted the United States' motion on June 6, 2025, authorizing service of Brett M. Lattin by publication.

5.  Service by publication was complete in Laramie County, Wyoming on July 19, 2025, and Sheridan County, Wyoming on July 21, 2025. A copy of the Sheridan Press Affidavit of Publication and the Wyoming Tribune Eagle Affidavit of Publication are attached to this declaration.

6.  According to the notice of publication, Brett M. Lattin had thirty days from the date of the last publication to file an *Answer* or otherwise respond to the *Complaint*.

7.  Thirty days from July 19, 2025, was August 18, 2025, and thirty days from July 21, 2025 was August 20, 2025.

8.  No answer has been filed which appears on the docket, nor has an answer been received in the United States Attorney's Office.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This document was executed on August 21, 2025, in Casper, Wyoming.

*/s/ Amanda Hudson*
AMANDA HUDSON
United States Attorney's Office