Weston T. Graham, WSB No. 6-4404
29 N. Connor St.
P.O. Box 2088
Sheridan, WY  82801
Telephone:  (307) 672-6424 Ext. 204
wes@cpicollects.com
*Attorney for Collection Professionals, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 25-CV-109-ABJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT M. LATTIN; POWDER HORN | ) | |
| HOMEOWNERS ASSOCIATION, INC.; | ) | |
| WELLS FARGO BANK, N.A.; COLLECTION | ) | |
| PROFESSIONALS, INC.; and SHERIDAN | ) | |
| COUNTY, WYOMING, | ) | |
| | ) | |
| Defendants. | ) | |

---

## STIPULATION FOR JUDGMENT ENTERED INTO BY DEFENDANT COLLECTION PROFESSIONALS, INC. AND PLAINTIFF UNITED STATES OF AMERICA

---

Defendant Collection Professionals, Inc. ("CPI") and Plaintiff United States of America, by and through their respective attorneys, hereby agree and stipulate as follows:

In lieu of an answer, CPI hereby stipulates and consents to entry of judgment in this matter upon the following terms and conditions:

1

1.      CPI consents to the relief prayed for in the *Complaint to Foreclose Lien* against the real property located in Sheridan County, Wyoming commonly known as 10 Oaktree Ct., Sheridan, WY 82801-8000, and more particularly described as:

> LOT 23, BLOCK BB, POWDER HORN RANCH II PLANNED UNIT DEVELOPMENT, A SUBDIVISION IN SHERIDAN COUNTY, WYOMING, FILED AS PLAT P-67 IN THE OFFICE OF THE SHERIDAN COUNTY CLERK.

(the "Property").

2.      CPI holds an interest in the Property by way of a *Small Claims Judgment* entered for Rathmar L.L.C. and against Defendant Brett M. Lattin on December 21, 2021 in the Circuit Court, Fourth Judicial District, Sheridan County, Wyoming, Docket No. CV-2021-917, and pursuant to an Assignment of Judgment to Defendant CPI recorded on August 15, 2022.

3.      The validity, priority, and unpaid balance of the CPI's interest in the Property is uncontested by Plaintiff.

4.      In the event there are excess sale proceeds after the sale, CPI shall be entitled to the excess proceeds in accordance with its priority position, pursuant to Wyo. Stat. Ann. § 34-4-113(a)(iii).

5.      Plaintiff will provide notice of the excess proceeds to CPI through its undersigned counsel.

6.      Plaintiff agrees not to seek monetary judgment or costs against CPI.

2

7.    The parties shall bear their own attorney's fees and costs.

8.    Nothing herein waives CPI's right as a party to receive notice and copies of all documents in this action, including correspondence and pre and post judgment pleadings.

9.    Nothing herein shall be construed as a waiver of CPI's priority rights, which rights are intended to be preserved.

DATED this 21st day of August, 2025.


/s/ Weston T. Graham
Weston T. Graham, 6-4404
29 N. Connor St.
P.O. Box 2088
Sheridan, WY  82801
(307) 672-6424 Ext. 204
wes@cpicollects.com
*Attorney for Collection Professionals, Inc.*

DATED this 21st day of August, 2025.

DARIN D. SMITH
United States Attorney

By:    */s/ Jasmine M. Peters*
JASMINE M. PETERS
Assistant United States Attorney
*Attorney for Plaintiff United States of America*

## **CERTIFICATE OF SERVICE**

I certify that I mailed, emailed or faxed a copy of the foregoing to the following persons on August 21, 2025:

Brett M. Lattin
10 Oaktree Ct.
Sheridan, WY  82801-8000

/s/ Weston T. Graham
Weston T. Graham, 6-4404