**FILED**

**Margaret Botkins**
**Clerk of Court**

4:02 pm, 8/22/25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-109-ABJ |
| ) | |
| BRETT M. LATTIN; POWDER HORN ) | |
| HOMEOWNERS ASSOCIATION, INC.; ) | |
| WELLS FARGO BANK, N.A.; COLLECTION ) | |
| PROFESSIONALS, INC.; and SHERIDAN ) | |
| COUNTY, WYOMING, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF DEFAULT AGAINST BRETT M. LATTIN

Based on Plaintiff's *Request for Entry of Default Against Brett M. Lattin* and in consideration of the evidence on file, the Clerk of Court finds the record supports entry of default.

On June 3, 2025, the United States filed a motion to serve Brett M. Lattin by publication pursuant to FED. R. CIV. P. 4(e)(1) and WYO. R. CIV. P. 4(k)(1)(C). (Doc. 5). The United States District Court for the District of Wyoming granted the United States' motion on June 6, 2025, authorizing service of Brett M. Lattin by publication. (Doc. 6). Service by publication was complete in Laramie County, Wyoming on July 19, 2025, and Sheridan County, Wyoming on July 21, 2025. (*See* Docs. 14–15).

According to the notice of publication, Brett M. Lattin had thirty days from the date of the last publication to file an *Answer* or otherwise respond to the *Complaint*. (*See id.*); *see also* FED. R. CIV. P. 4(m). Thirty days from July 19, 2025 was August 18, 2025, and thirty days from July 21, 2025 was August 20, 2025. Brett M. Lattin failed to file an *Answer* or otherwise respond to the *Complaint* by August 20, 2025.

The Clerk of Court finds the record support entry of default and hereby enters default against Brett M. Lattin for the reasons stated in Plaintiff's request.

Dated this  22nd  day of August 2025.



_Becky Harris_
Deputy Clerk
United States District Court