FILED

*11:43 am, 3/13/26*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Case No. 2:25-cv-109-ABJ
)
BRETT M. LATTIN; POWDER HORN )
HOMEOWNERS ASSOCIATION, INC.; )
WELLS FARGO BANK, N.A.; COLLECTION )
PROFESSIONALS, INC.; and SHERIDAN )
COUNTY, WYOMING, )
)
    Defendants. )

**ORDER GRANTING MOTION TO CONFIRM SALE AND
AUTHORITY TO DISTRIBUTE PROCEEDS**

This matter is before the Court on Plaintiff United States of America's *Motion to Confirm Sale*, filed on March 12, 2026 (ECF No. 32), in this foreclosure action. The United States requests an order confirming the sale of real property located at 10 Oak Tree Court, Sheridan, Wyoming 82801-8000 (property) to Buyer Professional Properties, LLC for the sum of $994,000, and to distribute the proceeds of said sale. The United States also requests authority for the Receiver to sell or dispose of any personal property remaining at the property in the interests of recovering additional funds to be applied to Defendant Lattin's outstanding restitution. The Court has considered the motion, record, is fully informed in the premises, and finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** the *Motion to Confirm Sale* is **GRANTED**.

**IT IS FURTHER ORDERED** the property be sold free and clear of all liens.

**IT IS FURTHER ORDERED** the sale of the real property commonly known as 10 Oak Tree Court, Sheridan, Wyoming 82801-8000, with a legal description of:

> Lot 23, Block BB, Powder Horn Ranch II Planned Unit Development, a subdivision in Sheridan County, Wyoming, filed as Plat P-67 in the Office of the Sheridan County Clerk.

to Buyer Professional Properties, LLC for the sum of $994,000 is hereby **CONFIRMED**, and upon the payment for the property, within sixty days of this Order or as soon thereafter, the Receiver Jami Kessner of Coldwell Banker, The Legacy Group, 171 North Main Street, Sheridan, Wyoming 82801, is authorized and directed to issue a Receiver's Deed for the property to Buyer Professional Properties, LLC in substantially the same form as the one attached as Exhibit A.

**IT IS FURTHER ORDERED** the requirements of 28 U.S.C. § 2001(b) are waived pursuant to the authority provided to the Court in 28 U.S.C. § 3013.

**IT IS FURTHER ORDERED** the Receiver may dispose or sell any personal property at the property for the benefit of the United States and upon approval of the United States, with the proceeds to be applied to Defendant Lattin's outstanding restitution.

**IT IS FINALLY ORDERED** the proceeds of the sale of the property be distributed as follows:

1. First, to pay the closing costs, local real estate taxes and fees, and Receiver's commission and expenses in the amounts set forth in the final draft closing statement after approval and agreement by the United States; and

2. Second, to the United States, through the Clerk of U.S. District Court for the District of Wyoming, for the partial satisfaction of the restitution owed by Defendant Lattin. To the extent the expenses identified in paragraph 1 vary from the final draft closing statement, such variances should be added or subtracted from the sale proceeds to the United States upon the United States' approval.

Dated this 12th day of March 2026.

*[signature]*
HON. ALAN B. JOHNSON
United States District Court Judge